**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| | |
|---|---|
| IN RE:<br>**Any Valeanu,**<br>     Debtor(s), | CHAPTER THIRTEEN<br><br>Case Number: **20-18995-JNP** |

**DEMAND FOR SERVICE OF NOTICES**

      Please take notice that I represent EAST COAST TOWERS OF WINDSOR PARK APARTMENTS, an interested party in the above captioned case. In accordance with 11 U.S.C. 1109(b) and Bankruptcy Rules 2002 and 9010(b), please enter my appearance on behalf of said creditor, place my name and address on the distribution list, and direct copies of all notices in this bankruptcy proceeding, regardless of form, to the following address(es):

Rosemary Spohn, Esquire
2 South Avenue West, Apt. W411
Cranford, NJ  07016-2674
Phone:  484-690-3645
Fax:  610-994-6281
Email:  rspohn@morganproperties.com


                                                /s/  Rosemary Spohn
                                                Rosemary Spohn, Esquire
                                                Attorney for East Coast Towers of Windsor Park


Dated:   August 20, 2020