UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In re:
  Any E Valeanu

Case No.: 20-18995

Chapter: 13

Adv. No.:

Hearing Date: 10/7/2020 @ 10AM

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, **Brad J. Sadek, Esq.** :

   ☑ represent **Any E. Valeanu** in the this matter.

   ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **August 31, 2020**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   **Modified Plan Pre-Confirmation & Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **August 31, 2020**

/s/ Brad J. Sadek, Esq.\
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aaron's Sales & Lease<br>Attn: Bankruptcy<br>PO Box 100039<br>Kennesaw, GA 30156 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Account Resolution Services<br>Attn: Bankruptcy<br>PO Box 459079<br>Sunrise, FL 33345 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Apex Asset Management<br>2501 Oregon Pike<br>Suite 201<br>Lancaster, PA 17601 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Diversified Adjustment Services, Inc<br>Dasi-Bankrupcty<br>PO Box 32145<br>Fridley, MN 55432 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| IC System, Inc<br>Attn: Bankruptcy<br>PO Box 64378<br>St. Paul, MN 55164 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☑ Regular mail |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

| | | |
|---|---|---|
| Santander Consumer USA<br>Attn: Bankruptcy<br>10-64-38-Fd7 601 Penn St<br>Reading, PA 19601 | | ☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| U.S. Department of Education<br>Ecmc/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| U.S. Department of Education<br>Ecmc/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| U.S. Department of Education<br>Ecmc/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| USDOE/GLELSI<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Rosemary Spohn, Esquire<br>2 South Avenue West, Apt. W411<br>Cranford, NJ 07016-2674 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy